UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY P. RUJAN,

    Plaintiff,

v.

SCHEURER HOSPITAL,

    Defendant.

Case No. 1:20-cv-12398

Hon. Thomas L. Ludington

| **THE MASTROMARCO FIRM** | **MCDONALD HOPKINS PLC** |
|---|---|
| Victor J. Mastromarco, Jr. (P34564) | Miriam L. Rosen (P40503) |
| Kevin L. Kula (P81913) | David W. Schelberg (P76492) |
| 1024 N. Michigan Avenue | 39533 Woodward Avenue, Suite 318 |
| Saginaw, MI 48602 | Bloomfield Hills, MI 48304 |
| (989) 752-1414 | (248) 646-5070 |
| vmastromar@mastromarcofirm.com | mrosen@mcdonaldhopkins.com |
| kkula@mastromarcofirm.com | dschelberg@mcdonaldhopkins.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEYS' FEES TO ANY PARTY

    WHEREAS, the parties hereby stipulate to dismiss this action, with prejudice, all parties to bear their own costs, interest, and attorneys' fees, and the Court being otherwise fully advised in the premises;

{9339929: }

  IT IS HEREBY ORDERED that the above-captioned case be and is dismissed with prejudice and without costs, interest, and attorneys' fees to any party.

  IT IS SO ORDERED.

  This Order disposes of the last pending claim and closes the case.

Dated: January 15, 2021          s/Thomas L. Ludington
                    THOMAS L. LUDINGTON
                    United States District Judge

Stipulated and agreed to as content:

| */s/ Victor J. Mastromarco, Jr.* (w/permission) | */s/ David W. Schelberg* |
|---|---|
| **THE MASTROMARCO FIRM** | **MCDONALD HOPKINS PLC** |
| Victor J. Mastromarco, Jr. (P34564) | Miriam L. Rosen (P40503) |
| Kevin L. Kula (P81913) | David W. Schelberg (P76492) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

{9339929: }